UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

PHILIP DeBLASIO,

                Plaintiff,                09 Civ. 04333 (RJH)

    - against -

EMILIO SANTANA, et al ,

                                **ORDER**

              Defendants.

----------------------------------------------------------x

        Pursuant to plaintiff's written request dated May 12, 2009, his complaint is dismissed without prejudice.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/09

SO ORDERED.
Dated: New York, New York
August 19, 2009

                                                  Richard J. Holwell
                                                  United States District Judge